FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry    12/04/2023

    On December 04, 2023, Agents assigned to the FBI New Orleans Division-Baton Rouge Resident Agency, along with local authorities, attempted to arrest Jason JACKSON pursuant to a federal arrest warrant issued by the Honorable Scott D. Johnson, U.S. Magistrate Judge on December 01, 2023.

    A knock and announce was conducted at          Seneca Street, Baton Rouge, LA at approximately 06:00 AM. JACKSON was not present at the location. SA Davon Dennis and Michael Landenwich spoke with the homeowner who identified herself as JACKSON's grandmother and a female individual who identified herself as JACKSON's daughter. Agents were informed that JACKSON was away for his job as a trucker and was last present at that location during Thanksgiving. Agents were further informed that the phone number (225) 437-9533 belonged to JACKSON and was a good number to reach him at.

    Simultaneously, a knock and announce was conducted at          Iroquois Street, Baton Rouge, LA. JACKSON was not present at the location. TFO Hamp Guillory spoke with a female individual who identified herself as JACKSON's daughter. Guillory was informed that the phone number (225) 437-9533 belonged to JACKSON and was a good number to reach him at.

Investigation on  12/04/2023  at  Baton Rouge, Louisiana, United States (In Person)

File #  245D-NO-3201981                                                Date drafted  12/04/2023

by  DAVON NIEAM DENNIS

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; to be distributed outside your agency.

**U.S. Exhibit 1**