FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry    12/07/2023

    On December 4, 2023, members of the FBI Baton Rouge RA attempted to arrest Jason Jackson in reference to his federal indictment in this case (serial#1592). While attempting to contact Jackson at      Seneca Street, SA Landenwich left a business card with Jackson's grandmother so Jackson could contact the FBI in regard to his warrant. Later that same day, Jackson's attorney (Ryan Thompson) called SA Landenwich who forwarded Thompson to the United States Attorney's Office to make arrangements for Jackson to turn himself in to law enforcement. Thompson later contacted the United States Attorney's Office and inquired about Jackson's warrant and him turning himself in to law enforcement.

    On December 6, 2023, SA Landenwich received a call from 225-442-2037 and a male subject identified himself as Jason Jackson. Jackson advised he was calling in reference to a note (business card) that was left at his grandmother's house. Jackson was advised he had a warrant and that investigators were under the impression that he was planning to turn himself in to law enforcement. Jackson advised he did not speak with his attorney about turning himself in to the government. Jackson asked for a 30 day extension because he was working. Jackson was told he would not be granted that extension and that he needed to turn himself in to law enforcement immediately.

[Agent note: Phone records for Jackson's phone (225-437-9533) indicated contact between his number and Thompson's number approximately 9 times on December 4th. In addition, there was another male subject speaking in the background and SA Landenwich noticed his phone showed a conference call leading him to believe Jackson 3-wayed this call via another unknown individual.]

    Jackson stated it would be several days before he could turn himself in since he was out of town working and did not want to spend an extended amount of time in a jail out of state and wait to be extradited. Jackson was again instructed to turn himself in to law enforcement immediately. When asked his current location Jackson advised he was in Pennsylvania but was unaware of what city/town he was in. During this call A/SSRA Jessica

---

Investigation on   12/06/2023   at   Baton Rouge, Louisiana, United States (Phone)

File #   245D-NO-3201981      Date drafted   12/07/2023

by   LANDENWICH MICHAEL JOSEPH, Jessica Erin Sullivan

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; to be distributed outside your agency.

**U.S. Exhibit 2**

FD-302a (Rev. 5-8-10)

245D-NO-3201981

Continuation of FD-302 of (U) Apprehension of Jason Jackson (12-6-23) , On 12/06/2023 , Page 2 of 2

Sullivan also spoke with Jackson and advised him to turn himself in to the nearest law enforcement office immediately. Jackson confirmed his knowledge of the warrant for his arrest and stated he understood he should turn himself in to local law enforcement.

After this call, A/SSRA Sullivan contacted Jackson's employer (Big M Transportation) and inquired on Jackson's employment status, his location and work schedule. Big M advised that Jackson was in the southern part of Tennessee (not Pennsylvania) and was scheduled to travel further north later that day. Big M advised they were willing to dispatch Jackson back to the main office (6341 B Hwy 15, Blue Mountain MS) for a different assignment. Big M made the arrangements for Jackson to return to the Blue Mountain office and advised they would track the vehicle Jackson was driving. Later that afternoon, Big M contacted SA Landenwich and advised Jackson's truck stopped 15 miles short of the office at a Love's Truck stop and covered the company camera that is located in the cab of the truck. At that point, SA Landenwich contacted the Tippah County Sheriff's Office (TCSO) in an effort to send marked units to make contact with Jackson in the event he was trying to flee and abandon the vehicle.

Shortly after speaking with TCSO, marked units made contact with Jackson. Per the Walnut Police Department, Jackson was taken into custody without issue and transported to the Tippah County jail and then to the Lafayette County jail to wait for his initial appearance to be scheduled.