FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry      05/16/2023

On May 10, 2023, physical surveillance was conducted in the Baton Rouge area of Louisiana in reference to a drug sale coordinated by case subject (Robert Pennywell). Participants of the physical surveillance were SA Alvaro Alvarez, LSP TFO Hamp Guillory, LSP Trent Palmer, LSP Jack Toney and LSP William Bosworth. The below series of events were generated from physical surveillance as well as monitoring TIII interceptions. (All times stamps are approximate and the initials of observers will be noted)

On May 10, 2023, Pennywell had two phone calls with _____ (session# 3645 and 3646) in which they discussed _____ purchasing narcotics from Pennywell. _____ advised he would leave the money at his truck near his law firm. Following that phone call Pennywell contacted his girlfriend Elletta Guillory (session# 3648) and told her he needed her to pick up _____'s money, pick up narcotics from another individual and then serve _____ with the requested narcotics which she agreed to do.

At 1818 hrs physical surveillance units are deployed. Surveillance units travel to _____ s law firm _____, Baton Rouge) and Pennywell's address _____ Brady Ave, Zachary). Pole camera footage placed Elletta's white suv at the Brady ave address.

At 1910 hrs surveillance units confirm _____ s truck at his law firm (WB).

At 1922 hrs Pennywell called John Brooks (aka Poppa Doc) and ordered three balls of narcotics (a ball is the equivalent of 3.5 grams). Session# 3651

At 1949 hrs surveillance units witness _____ return to his truck with a small child. _____ approached the office building and then returned to his truck. (WB)

At 2000 hrs Pennywell called Jason Jackson (aka Squally) and asked him to facilitate the transaction with _____ Jackson agreed and advised he was en route to _____'s office. Session# 3655

Investigation on  05/10/2023  at  Baton Rouge, Louisiana, United States (In Person, Other (TIII monitoring))

File #  245D-NO-3201981                                    Date drafted  05/11/2023

by  LANDENWICH MICHAEL JOSEPH

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; to be distributed outside your agency.

**U.S. Exhibit 3**

245D-NO-3201981

Continuation of FD-302 of (U) Physical surveillance of drug sale coordinated by Pennywell (5-10-23) , On 05/10/2023 , Page 2 of 3

    At 2003 hrs was seen leaving his office. (WB) Surveillance followed for a brief period and lost sight of him due to traffic.

    At 2017 hrs Pennywell talked to and Jackson via three way call. During this call gave directions to the front door of his office where he hid the money in a candy bag under a flower pot. The three way call turned to a call solely between Pennywell and Jackson where Jackson found and counted the money to Pennywell. Prior to the call ending Jackson said he had to get gas before traveling to Brooks. Session# 3660 and 3662

    At 2022 hrs surveillance units witnessed a black male in a red GMC truck at the gas station near 's office shortly after the previously mentioned call where Jackson said he needed gas. (WB,AA)

    At 2025 hrs Jackson was seen leaving the gas station and units obtained a Louisiana tag of Y356123. This tag came back registered to Barbara A. Jackson on a red GMC truck. Per BRPD reporting Barbara Jackson is the mother of Jackson Jackson a.k.a "Squally"

    Surveillance units followed Jackson to a Shell gas station in the Baker area of Louisiana near a Jack in the Box restaurant. This gas station is located near the intersection of Plank Rd and Kleinpeter Rd.

    At 2051 hrs Jackson pulled into the gas station and up to a gas pump. shortly after, another truck resembling the truck previously seen on surveillance being operated by Brooks pulled in the neighboring pump of Jackson. [previously surveillance captured a transaction between Pennywell and Brooks involving a similar truck with the Louisiana tag of C728434 that is registered to John Brooks a.k.a "Poppa Doc". (TP,WB)

    After a brief interaction with the occupants of both vehicles the second truck (believed to be Brooks) leaves and was seen traveling to a nearby residence of 12260 Strauss Drive. This address is the same address attached to the truck registered to John Brooks. Prior to arriving at the Shell gas station surveillance units saw Brooks' truck leaving the same neighborhood that Brooks returned to after the transaction. (HG)

    At 2103 hrs the red GMC leaves the gas station and surveillance units followed it to a motorcycle club near the intersection of Acadian and Seneca (WB, AA). While at this location a phone call was intercepted between Pennywell and Jackson where they discussed not getting the right amount of narcotics from Brooks and having to meet with Brooks again (session# 3690). Shortly after this call Jackson called Pennywell to tell him that Brooks

245D-NO-3201981

Continuation of FD-302 of (U) Physical surveillance of drug sale coordinated by Pennywell (5-10-23) , On 05/10/2023 , Page 3 of 3

will be delivering the rest of the narcotics to Jackson (session# 6392).

At 2201 a truck matching the one seen at the previous meeting location (shell gas station in Baker) pulled up to the motorcycle club and met with the red GMC. After another brief interaction the truck believed to be Brooks' left. Shortly after Brooks left the red GMC left and traveled towards Acadian. (WB, AA)

Surveillance units followed the GMC towards the Port Allen area where it was believed Jackson would deliver the narcotics to     While en route Jackson is stopped by BRPD units. At the conclusion of the stop Jackson was released and continued towards the Port Allen area. (HG,AA,WB,TP,JT).

At 2326 hrs the red GMC was seen turning on Fairview Ave and stopping in front of    's address. After the GMC stopped at    's mailbox it was seen leaving the area and surveillance was terminated. (TP)