# Linesheet

## Selection Criteria

Line: 2253710522
'User Defined:
All Digits contains 9533' filter applied
'Sel. clas.:
Classification is [Pertinent]' filter applied
Documents:
Classification is [Pertinent]

## Report Comments:

**U.S. Exhibit**

**4**

Linesheet                                                                           User:      Logan C. Collins

| Case: 245D-NO-3201981 | Target: Robert Pennywell | Line: 2253710522 | File Number: |
|---|---|---|---|

| Session: | 342 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 03/22/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 21:25:05 CDT | Primary Language: | Unknown | In/Out Digits: | 12254379533 |
| Stop Time: | 21:25:43 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:38 | Monitor ID: | kgbaucom | Participants: | Jackson, Jason "Squally" Pennywell, Robert |

**Synopsis 1**

RP calls Jason Jackson (JJ) and says JJ "should go grab that for me, man." JJ needs to "see what's up" and RP says to "see what's up...I got 50 for you."
03/22/2023 21:48:15   Summarized by KGBAUCOM

| Session: | 1094 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 03/31/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 17:45:38 CDT | Primary Language: | Unknown | In/Out Digits: | 2254379533 |
| Stop Time: | 17:46:03 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:25 | Monitor ID: | aalvarez3 | Participants: | Jackson, Jason "Squally" Pennywell, Robert |

**Synopsis 1**

Call from Jason Jackson
They discuss their where abouts, JJ tells RP that he is on the way to the north and RP tells him he will wait for him by UI.

03/31/2023 18:04:41   Summarized by AALVAREZ3
04/02/2023 08:55:06   Reviewed by JESULLIVAN3

| Session: | 1102 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 03/31/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 18:53:31 CDT | Primary Language: | Unknown | In/Out Digits: | 12254379533 |
| Stop Time: | 18:53:59 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:28 | Monitor ID: | aalvarez3 | Participants: | Jackson, Jason "Squally" Pennywell, Robert |

**Synopsis 1**

Call to Jason Jackson
RP ask JJ for his location. JJ tells him he's by Lake House, that it's on Hyacinth, that it will be on his left hand side and that he can't miss it.
Summarized by AA
04/02/2023 07:56:14   Reviewed by JESULLIVAN3

| Session: | 2182 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 04/13/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 15:35:30 CDT | Primary Language: | Unknown | In/Out Digits: | 2254379533 |
| Stop Time: | 15:51:04 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:15:34 | Monitor ID: | bzuroske | Participants: | Pennywell, Robert |

**Synopsis 1**

| Case: | 245D-NO-3201981 | Target: | Robert Pennywell | Line: | 2253710522 | File Number: |
|---|---|---|---|---|---|---|

RP talks to Jackson about working on his headlight.
Jackson said he needs 2 ounces. Asks if RP has the other stuff, RP says no
RP talks about what amount Jackson should sell drugs for. Someone from California sent RP some pictures. RP is hesitant to send his money out of state to buy drugs because of how long it takes for the drugs to show up. Busta really fucked up RP - he owes RP $600
15:42 -"Bub" (                    ) may have got another 30 days on lockdown. Possibly because he got caught with a knife.
20 people jumped on DDog and Josh (        )
RP said he talked to "K" yesterday (believed to be              ). RP talked bout the previously mention fight in jail.
"Bub" got NBA tattooed all over him with members names - including K's, RP's, and YBs.
Discuss how "they" going to scuffle when they get on the line with HotBoyDue (              ).
Jackson says he is gonna charge someone 2 something
RP says he has that rapper weed. RP tells jackosn how much to sell some weed for.
04/13/2023 15:54:54   Reviewed by BZUROSKE

| Session: | 3134 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 05/01/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 10:18:41 CDT | Primary Language: | Unknown | In/Out Digits: | 12254379533 |
| Stop Time: | 10:21:12 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:02:31 | Monitor ID: | walockwood | Participants: | Pennywell, Robert |

**Synopsis 1**

Jason Jackson
Pennywell said he is going to make $20,000 from his trip to Huston. Sounds like JJ got his CDL and is trying to find a truck/company.
Staying at the warehouse where bub was previously staying at.
05/01/2023 10:25:39   Summarized by WALOCKWOOD
05/01/2023 16:53:20   Reviewed by MJLANDENWICH

| Session: | 3135 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 05/01/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 10:39:45 CDT | Primary Language: | Unknown | In/Out Digits: | 2254379533 |
| Stop Time: | 10:40:31 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:46 | Monitor ID: | walockwood | Participants: | Pennywell, Robert |

**Synopsis 1**

Jason Jackson
JJ is willing to make some money on the side for Pennywell while he is gone. JJ will get some from popa doc and tell me what you want out of it. Tell E       to come get the money.
05/01/2023 10:46:58   Summarized by WALOCKWOOD
05/01/2023 16:47:29   Reviewed by MJLANDENWICH

Linesheet                                                                 User:    Logan C. Collins

| Case: 245D-NO-3201981 | Target: Robert Pennywell | Line: 2253710522 | File Number: |
|---|---|---|---|
| **Session:** 3565 | **Classification:** Pertinent | **Direction:** Outgoing | |
| **Date:** 05/08/2023 | **Content:** Audio | **Associate DN:** (225) 437-9533 | |
| **Start Time:** 18:02:39 CDT | **Primary Language:** Unknown | **In/Out Digits:** 12254379533 | |
| **Stop Time:** 18:47:07 CDT | **Complete:** Completed | **Subscriber:** | |
| **Duration:** 00:44:28 | **Monitor ID:** lccollins2 | **Participants:** Pennywell, Robert | |

**Synopsis 1**

outgoing call to Jason Jackson (Squally)
talk about wishing JJ was back in town yesterday. JJ indicates that he was back in town. Complain about Nick (          ). Talk about drug deal the previous day. talk about nick getting mad at having to deal with Venmo. (believe they are talking about narcotics transaction the previous night with           RP talks about his white boy having a lot of money on Venmo. Indicates that he was going to send elletta to sell narcotics if Nick couldn't have.
RP indicates he is going to come back tomorrow or Wednesday.
Talk about women JJ meets on line.
RP clicks over to other call.
RP comes back and they talk about painting.
RP and JJ talking about poppadoc. JJ indicates Poppadoc has a house on chippewa. JJ indicates junkies will kill for poppadoc.
Talk about guys from Zion city. Madd Marvin and Lucci.
Talk about someone getting shot Downtown.
Talk about multiple shootings in baton Rouge (nothing specific).
Talk about women JJ messes with
RP talks about how "G" (                    ) drives sprinter vans.
RP talks about how he doesn't know how much he is going to charge "K".
RP talks about selling weed in houston.
05/08/2023 19:25:49   Reviewed by LCCOLLINS2
05/08/2023 19:27:26   Summarized by LCCOLLINS2

| **Session:** 3655 | **Classification:** Pertinent | **Direction:** Incoming | |
|---|---|---|---|
| **Date:** 05/10/2023 | **Content:** Audio | **Associate DN:** (225) 437-9533 | |
| **Start Time:** 19:54:02 CDT | **Primary Language:** Unknown | **In/Out Digits:** 2254379533 | |
| **Stop Time:** 19:59:06 CDT | **Complete:** Completed | **Subscriber:** | |
| **Duration:** 00:05:04 | **Monitor ID:** mjlandenwich | **Participants:** Pennywell, Robert | |

**Synopsis 1**

Incoming from Squally
Squally says he just finished cutting grass. RP needs to Squally run something down for him. RP says the money is waiting in a truck and Poppa Doc is in Brownsville. RP says Poppa Doc is on standby and         only wants what Poppa Doc has. RP says he will pay Squally for helping him. RP may have E       pick up the money from Squally the next day. RP tells Squally to go ahead and get the money and they will call Poppa Doc once they have the money. Once they get the dope from Poppa Doc Squally will deliver to            hid the money in the gas tank of his truck.
05/10/2023 23:03:29   Reviewed by MJLANDENWICH

| Case: 245D-NO-3201981 | Target: Robert Pennywell | Line: 2253710522 | File Number: |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Session: 3662 | Classification: Pertinent | Direction: Incoming | |
| Date: 05/10/2023 | Content: Audio | Associate DN: (225) 437-9533 | |
| Start Time: 20:16:54 CDT | Primary Language: Unknown | In/Out Digits: 2254379533 | |
| Stop Time: 20:20:18 CDT | Complete: Completed | Subscriber: | |
| Duration: 00:03:24 | Monitor ID: mjlandenwich | Participants: Pennywell, Robert | |

**Synopsis 1**

Call with Squally
Squally is having trouble finding the money that ____ left. RP says it is under the flower pot by the front door of the business. Squally finds it and returns to his vehicle. Squally counts the money for RP and says it is $1,000. RP says he is about to call Poppa Doc. Squally says he has to stop and get gas.
05/10/2023 22:51:06   Reviewed by MJLANDENWICH

| | | | |
|---|---|---|---|
| Session: 3669 | Classification: Pertinent | Direction: Incoming | |
| Date: 05/10/2023 | Content: Audio | Associate DN: (225) 437-9533 | |
| Start Time: 20:32:04 CDT | Primary Language: Unknown | In/Out Digits: 2254379533 | |
| Stop Time: 20:32:17 CDT | Complete: Completed | Subscriber: | |
| Duration: 00:00:13 | Monitor ID: mjlandenwich | Participants: Pennywell, Robert | |

**Synopsis 1**

call with squally
RP tells Squally he is about to call Poppa Doc for a meeting location.
05/10/2023 22:35:13   Reviewed by MJLANDENWICH

| | | | |
|---|---|---|---|
| Session: 3671 | Classification: Pertinent | Direction: Outgoing | |
| Date: 05/10/2023 | Content: Audio | Associate DN: (225) 437-9533 | |
| Start Time: 20:33:30 CDT | Primary Language: Unknown | In/Out Digits: 12254379533 | |
| Stop Time: 20:33:55 CDT | Complete: Completed | Subscriber: | |
| Duration: 00:00:25 | Monitor ID: mjlandenwich | Participants: Pennywell, Robert | |

**Synopsis 1**

call to squally
RP tells Squally to call Poppa Doc so they can meet. RP tells Squally Poppa Doc already knows how much RP wants.
05/10/2023 22:33:17   Reviewed by MJLANDENWICH

| | | | |
|---|---|---|---|
| Session: 3690 | Classification: Pertinent | Direction: Outgoing | |
| Date: 05/10/2023 | Content: Audio | Associate DN: (225) 437-9533 | |
| Start Time: 21:18:16 CDT | Primary Language: Unknown | In/Out Digits: 12254379533 | |
| Stop Time: 21:20:16 CDT | Complete: Completed | Subscriber: | |
| Duration: 00:02:00 | Monitor ID: mjlandenwich | Participants: Pennywell, Robert | |

**Synopsis 1**

Call with Squally (Jason Jackson)
Squally did not get all the dope. Squally only got a 3.5. RP said he was supposed to get 3 balls. RP tells Squally to link back up with Poppa Doc and get the rest. RP tells squally to leave the

| Case: 245D-NO-3201981 | Target: Robert Pennywell | Line: 2253710522 | File Number: |
|---|---|---|---|

dope in          mailbox
05/10/2023 22:31:45   Reviewed by MJLANDENWICH
JJ: hello
RP: What up?
JJ: Damn Man you don't ever answer your phone
RP: My phone had went dead
JJ: I went to brownsfield and got it. you told him you just wanted 3.5
RP: No 3 balls,  just told you it cost 250 for 3.
JJ: Thats what I just told poppadoc. poopadoc told me no he told me 3.5
RP: No
JJ: He must of mis heard you
RP: Fuck
JJ: I got to go back and get two more then
RP: yeah Man
JJ: Damn black man
RP: I told this n***a and I told you
JJ: I didn't know, fuck.
RP: I told you it was going to cost 265 man
JJ: Thats what i told ui. I gave him 280 at first because i didn't have the five dollars. He is like man what are you doing handing me all that money? He said black man had told me nothing but a 3.5.
RP: I told him i needed 3 3.5
JJ: he just misheard you and i kept burning your shit up man.
RP: My phone was dead. I just got it off the charger
JJ: alright, so look i got to go all the way back to bronwsfield. I got one of them so i have to go get the other ones black man.
RP: you need to get two more
JJ: yeah two more
JJ: Where you want me to leave it at?
RP: You have to bring it to his house
JJ: where you want me t put it at bye his house?
RP: Bye the mail box
JJ: In the mail box?
RP: yeah
JJ: I'm about to call poppadoc
RP: alright
05/12/2023 17:53:35   Transcribed by LCCOLLINS2

| Session: | 3692 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 05/10/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 21:21:53 CDT | Primary Language: | Unknown | In/Out Digits: | 2254379533 |
| Stop Time: | 21:23:14 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:01:21 | Monitor ID: | mjlandenwich | Participants: | Pennywell, Robert |

**Synopsis 1**

Call with Squally
Poppa Doc is going to leave from the Baker area and meet with Squally. Squally told RP to tell

| Case: 245D-NO-3201981 | Target: Robert Pennywell | Line: 2253710522 | File Number: |
|---|---|---|---|

he should be there by 10:30. Squally said he knows where     lives based on that last time he went there. RP told sqaully to hold his money until he sends E     or somebody else to come get it.
05/10/2023 22:29:25   Reviewed by MJLANDENWICH

| Session: | 3694 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 05/10/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 21:29:14 CDT | Primary Language: | Unknown | In/Out Digits: | 12254379533 |
| Stop Time: | 21:36:50 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:07:36 | Monitor ID: | mjlandenwich | Participants: | Pennywell, Robert |

**Synopsis 1**

Call with Squally
RP is mad that E     told K $20,000 for the paint job. RP was wanting to talk to K and get more money.
Squally orders food in the background
K just got back in town
Everyone is happy with the painting that E     and RP did
RP was in a video with YB's little brother.

| Session: | 3743 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 05/11/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 14:18:23 CDT | Primary Language: | Unknown | In/Out Digits: | 2254379533 |
| Stop Time: | 14:21:38 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:03:15 | Monitor ID: | sharden | Participants: | Pennywell, Robert |

**Synopsis 1**

Incoming call from Jason Jackson
Jason Jackson talks about being stopped by the police - discuss it being personal. RP said there was a reason. JJ said them bitches almost had him. JJ then shot across the river. RP discusses getting paid 10 - JJ said something is better than nothing.
14:20 - Discuss trying to rip someone.
*DRUGS*
05/11/2023 14:37:34   Reviewed by BZUROSKE

| Session: | 3759 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 05/11/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 16:35:40 CDT | Primary Language: | Unknown | In/Out Digits: | 2254379533 |
| Stop Time: | 16:39:11 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:03:31 | Monitor ID: | dborgetti | Participants: | Pennywell, Robert |

**Synopsis 1**

Talking Jason Jackson about how Facetime is not working.
Pennywell talking about how he is on his way back from Houston. Pennywell talking about how K told him to come back after Mother's Day to get "him right." Pennywell says K gave a box of money to "E." Pennywell says "E" walking back to the truck.
Transcribed 16:47 5/11/23 DB

Linesheet　　　　　　　　　　　　　　　　　　　　　　　　　　User:　　Logan C. Collins

| Case: 245D-NO-3201981 | Target: Robert Pennywell | Line: 2253710522 | File Number: |
|---|---|---|---|

05/12/2023 07:53:56   Reviewed by BZUROSKE

| Session: | 3760 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 05/11/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 16:39:17 CDT | Primary Language: | Unknown | In/Out Digits: | 2254379533 |
| Stop Time: | 16:44:13 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:04:56 | Monitor ID: | dborgetti | Participants: | Pennywell, Robert |

**Synopsis 1**

Call with Jason Jackson (aka Squally) Jackson is ordering Mcdonlads for a juvenile.
JJ again mentions he was lucky last night (presumably about traffic stop of Jackson when he was on his way to          . Pennywell talking how K (            ) says fuck it about Choppa Boy           ). Choppa Boy was suppose to pay K $15K. K said they let go of P Youngin (           ).
Transcribed 16:49 5/11/23 DB
05/12/2023 07:57:36   Reviewed by BZUROSKE

| Session: | 3829 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 05/12/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 18:19:56 CDT | Primary Language: | Unknown | In/Out Digits: | 12254379533 |
| Stop Time: | 18:20:39 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:43 | Monitor ID: | lccollins2 | Participants: | Pennywell, Robert |

**Synopsis 1**

outgoing call to Jason Jackson
JJ asks what RP is doing. JJ indicates he is cleaning up his moms house. RP indicates he is about to come out and they will meet up around Chippewa St. RP tells him he will call him when he leaves the house.

| Session: | 3836 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 05/12/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 19:28:16 CDT | Primary Language: | Unknown | In/Out Digits: | 2254379533 |
| Stop Time: | 19:28:29 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:13 | Monitor ID: | lccollins2 | Participants: | Pennywell, Robert |

**Synopsis 1**

Incoming call from Jason Jackson
JJ asks where is RP at. RP indicates he is about to get off the interstate. JJ indicates he will wait on him.
05/12/2023 19:29:28   Summarized by LCCOLLINS2
05/12/2023 19:29:32   Reviewed by LCCOLLINS2

| Session: | 3871 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 05/13/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 16:11:49 CDT | Primary Language: | Unknown | In/Out Digits: | 12254379533 |
| Stop Time: | 16:22:28 CDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:10:39 | Monitor ID: | hguillory | Participants: | Pennywell, Robert |

| | Linesheet | | User: | Logan C. Collins |

| Case: 245D-NO-3201981 | Target: Robert Pennywell | Line: 2253710522 | File Number: |
|---|---|---|---|

**Synopsis 1**

Outgoing call to 225-437-9533 (Jason Jackson)
JJ and RP are discussing the traffic stop on Thursday evening.  JJ asked RP if he talked to the "white boy"            and mentioned filing a suit against the officers who made the stop.  Stated that they didn't find any drugs in the car and then strip searched him.
Discussed finding a deal on a used vehicle for RP's in-laws.
05/13/2023 16:24:10   Summarized by HGUILLORY
05/13/2023 16:24:12   Reviewed by HGUILLORY

| | | | |
|---|---|---|---|
| Session: 4013 | Classification: Pertinent | Direction: Incoming | |
| Date: 05/16/2023 | Content: Audio | Associate DN: (225) 437-9533 | |
| Start Time: 11:56:33 CDT | Primary Language: Unknown | In/Out Digits: 2254379533 | |
| Stop Time: 12:00:14 CDT | Complete: Completed | Subscriber: | |
| Duration: 00:03:41 | Monitor ID: sharden | Participants: Pennywell, Robert | |

**Synopsis 1**

Incoming call from Jason Jackson (Squally)
JJ says he has a new job and will leave Monday to go out of town for training.
Discussed "Bub's" court case.  He took a plea to four years, but the "Feds" may pick up his case according to Bub's judge and he could get 10 years.
05/16/2023 12:00:39   Summarized by SHARDEN
05/17/2023 07:35:40   Reviewed by BZUROSKE

—  ——  ——  ——  ——  ——  ——  ——  ——  ——  ——  ——  ——  ——  ——  ——  ——  ——  ——  —

END