# Linesheet

## Selection Criteria

Line: 2254108956
'User Defined:
All Digits contains 9533' filter applied
'Sel. clas.:
Classification is [Pertinent]' filter applied
Documents:
Classification is [Pertinent]

## Report Comments:

**U.S. Exhibit**

**6**

Linesheet                                                                          User:      Logan C. Collins

| Case: 245D-NO-3201981 | Target: | Line: 2254108956 | File Number: |
|---|---|---|---|

| Session: | 1886 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 02/22/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 09:22:53 CST | Primary Language: | Unknown | In/Out Digits: | 12254379533 |
| Stop Time: | 09:25:16 CST | Complete: | Completed | Subscriber: | |
| Duration: | 00:02:23 | Monitor ID: | tpalmer | Participants: | Jackson, Jason "Squally" |

### Synopsis 1

Outgoing call to (225) 437-9533 (drugs)
UM- Hello
S- Q
UM- What's jumping Nu?
S- What you got jumping this morning man? You getting that business in huh?
UM- Yeah I was gonna bring my Grandma to the doctor.
S- Huh?
UM- Bringing my Grandma to the doctor.
S- Oh ok, how's Grams doing? Everything, everything?
UM- Yeah everything good Nu. What you did yesterday?
S- That's good. You said what I did yesterday?
UM- Yeah what you did yesterday?
S- I ain't had did shit. I had sent, I had, I ain't do shit bruh. I had went, I had to the...Unintelligible...then I had shot to that city and came right back. I wasn't doing nothing, I was getting that business in...Unintelligible
UM- I got my actual license now Nu. All I gotta do is take the driving course now.
S- The CDL?
UM- Yeah I got it Nu...Unintelligible (talking over each other)...pass my test
S- You motivate me bitch, I ain't lying. Real talk bruh.
UM- I passed it Monday Nu.
S- I'm coming right behind you
UM- What you say? I'm a help you get it. Just let me know, I'm a help you get it. I'm a help you pass the test.
S- Man, I'm telling you man, as soon as you, soon as you go do that bruh, man come lace me up bitch cuz I don't be having shit going man. Hey, when's the last time you talked to Black?
UM- Me and Black were together yesterday. Umm I seen him yesterday at the Mardi Gras parade.
S- I was trying to call that bitch. That bitch must have blocked me. That bitch Black so bullshit man. That man tore up man.
UM- haha
S- That man tore up man. Damn he had you with him the other day fucking with me bad, you heard me?
UM- Yeah yeah
S- Unintelligible...pussy ass. Cuz I know you you how you rocking. I know how it's coming.
UM- Yeah
S- You know what I'm saying?
UM- Yeah
S- You my dog though. So I ain't gonna never turn you down bitch. But you know keep it, bitch, keep it gangster. You know what I'm saying?

UM- I ain't ducking you huh Nu?
S- Now that bitch ducking me.
UM- You gonna catch him.
S- I ain't tripping about that bitch, I knew he was gonna do that. I knew he was gonna do that. I knew that. But I got a play right now for some girl you got some girl? (girl is a common term in narcotics trafficking that refers to powdered cocaine)
UM- Yeah
S- You got some girl?
UM- Hold up Nu.  Hello (to unknown individual not on phone)
S- Handle your business, call me right back bro.
UM- yeah meet me on, meet me at the RaceTrac on Essen.
S- I'll meet you wherever, I'm in the hole right now.
UM- yeah, meet me on Essen.
S- Alright bet
UM- Damn hold up Nu. Know what I need you to do. Nu let me call you right back in ten minutes.
S- Alright call me
02/22/2023 10:49:05   Transcribed by TPALMER
02/22/2023 15:57:11   Reviewed by JESULLIVAN3

| Session: | 1892 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 02/22/2023 | Content: | Audio | Associate DN: | (225) 437-9533 |
| Start Time: | 09:36:13 CST | Primary Language: | Unknown | In/Out Digits: | 2254379533 |
| Stop Time: | 09:37:17 CST | Complete: | Completed | Subscriber: | |
| Duration: | 00:01:04 | Monitor ID: | tpalmer | Participants: | Jackson, Jason "Squally" |

**Synopsis 1**

Drugs (Unknown male caller possibly Jason Jackson...possible SOS of heroin)
UM: What up, Nu?
ES: What's happening, pimp?
UM: You ready for the news?
ES: Huh?
UM: I got it. This is what we can do, Luke(?)
ES: What's that?
UM: I got like a 3.5 like probably (unintelligible)
ES: That's all I need
UM: Yeah you can give me what you can give me and I ain't even tripping like cuz you looked out for me so much time, you know what I'm saying?
ES: Come on man you know you got to get two. Come on man. Squalee(?) just laid down 10. He just laid down 10 of them bitches, man.  You feel me, you feel me, brother? Shiiit, man, we going up, man. (unintelligible)
UM: Well look, I got...I'm on the interstate so I got to go to the north and get my key and you gonna have to meet me on the other side cause I got to...
ES: ...the fuck.  Where I need to go? I'm in the hole. I'm getting that business in. I'm juggin' so whenever you tell me to move, I'm gonna move.
UM: Alright, alright.  So where's this...I'm fixing to go on the other side right now to get my key and then hit the interstate and come back towards this way.

NONE

Linesheet                                    User:    Logan C. Collins

| Case: 245D-NO-3201981 | Target: | Line: 2254108956 | File Number: |
|---|---|---|---|

ES: It don't matter. Just whatever, whatever. I come to you, you come to me. We can meet. It don't matter.  I'm in the hole.
-END OF CALL-
02/22/2023 11:54:22   Transcribed by JTONEY
02/22/2023 15:58:36   Reviewed by JESULLIVAN3

| | | |
|---|---|---|
| Session: 1896 | Classification: Pertinent | Direction: Outgoing |
| Date: 02/22/2023 | Content: Audio | Associate DN: (225) 437-9533 |
| Start Time: 09:36:15 CST | Primary Language: Unknown | In/Out Digits: 12254379533 |
| Stop Time: 09:38:10 CST | Complete: Completed | Subscriber: |
| Duration: 00:01:55 | Monitor ID: tpalmer | Participants: Jackson, Jason "Squally" |

**Synopsis 1**

Outgoing call to (225) 437-9533 (Possibly Jason Jackson) Drugs
ES and Jackson discuss ES's "play" waiting on him.  The two continue to discuss where to meet for Jackson to give ES a ball discussed in previous calls.
02/22/2023 12:07:21   Summarized by TPALMER
Audio of call starts in mid-sentence
UM: (unintelligible)
ES: I ain't doing nothing till I hear from you.
UM: Where your play (customer) gonna meet your ass so I could just...
ES: My...oh they waiting on me. I mean, I, I'm saying I'm catching plays, you know, I'm catching my people, you know, my other people and shit right now but I gotta pay for that, they get off at 11.
UM: Alright I'm gonna be there waiting before then. So this is what I'm fixing to go do...
ES: That's why I say, we got time, it ain't no rush thing but you know, I need that, you know I need a ball (3.5 grams) for sure.
UM: Yeah, I'm just gonna put it in...yeah. And look, this what I'm...Imma go grab (unintelligible)
ES: What time it is?
UM: Burbank
ES: 9:40, yeah we got time, we got time, we got time. Bitch doesn't get off till 11 so they ain't gonna make it to me probably by 11:15, 11:20.
UM: That's a bet (unintelligible) because I'm in the little car
ES:  Handle your business, I'm waiting on ya, brother.
UM: Aight boss
ES: Alright
-END OF CALL-
02/22/2023 15:28:02   Transcribed by JTONEY
02/22/2023 15:59:42   Reviewed by JESULLIVAN3

| | | |
|---|---|---|
| Session: 1928 | Classification: Pertinent | Direction: Outgoing |
| Date: 02/22/2023 | Content: Audio | Associate DN: (225) 437-9533 |
| Start Time: 10:18:02 CST | Primary Language: Unknown | In/Out Digits: 12254379533 |
| Stop Time: 10:26:13 CST | Complete: Completed | Subscriber: |
| Duration: 00:08:11 | Monitor ID: tpalmer | Participants: Jackson, Jason "Squally" |

**Synopsis 1**

Outgoing call to (225) 437-9533 possibly Jason Jackson (Drugs)
S and UM continue to discuss where to meet for UM to give S "girl." UM tells S that he will need to put the "stuff" on a calculator (scale) because he has had it for a while. UM tells S that it is "Fetty Wap" (fentanyl/heroin mix) and not "girl" (cocaine). S tells UM that he needed "girl" (cocaine) and did not want the "Fetty Wap."
S says Black just texted him. UM says he can hook S up with his partner "Poppa Doc" aka "J       M        " from Valley Park. He is "Guttar's" big brother. UM says S should hook up with him. UM talks about how much "Poppa Doc" would sell to him. S says he has been getting it from "Black" but he has been playing games. S says he called "Bub" and told him what Black did and said he wasn't going to fuck with Black anymore. UM says he still has the dogfood from last time that he has been dealing with. S says he has 6 months and has to hit the ground running hard. UM and S discuss passing a test and getting a physical. UM tells S where to go to get a DOT physical. UM says then go to Port Allen and taking the course and tests for Class B license. UM says he has glasses that S can use to pass the test. Continue talking about getting license. UM says to let him know if he wants to meet "Poppa Doc."
02/22/2023 12:13:09   Summarized by TPALMER
02/22/2023 15:46:31   Reviewed by JESULLIVAN3
JJ: What up, Nu?
ES: What's up?
JJ: About to grab that shit now. I'm getting off on Essen now and gonna grab it. What are you? You want me to come to you or you want to meet me? What you wanna do?
ES: It don't matter. I'm still in the hole.
JJ: Aight. Because I got my work on Bluebonnet so... I might can do one and swerve and drop that shit off.
ES: Aight. Whatever is easy to you, Bobo.
JJ: Aight. You might have to put that shit on a calculator (scale) because I don't know how much I got. I been having that shit like.
ES: Yeah. It's that same shit Black (Pennywell) been having.
JJ: It's some of that shit Black had, remember?
ES: That "girl" (cocaine)? I ain't talking about no...I ain't talking about that.
JJ: This that "fetty wap" (fentanyl).
ES: Oh no, no, I don't want that.
JJ: What you talking about, Nu?
ES: Talking about some "girl". Some "snow".
JJ: Oh no, no. No I ain't got that but I...
ES: That's why I was saying "girl" not none of that shit.
JJ: (Unintelligible) what you talking about, Nu. I ain't never had...
ES: Shit ,my bad bruh. My bad, dawg. I thought you knew what I was saying. I was saying...that's why I was saying you had some of that "girl".
JJ: No. Nah-uh. (unintelligible)
ES: Oh, alright. That n***a Black, that n***a Black just text me too but I ain't fixin' to hit that bitch. Fuck Black.
JJ: I can hook you up with my partner, Poppa Doc. You know Poppa Doc from Valley Park?
ES: Poppa Doc...Poppa Doc...I heard of Poppa Doc.
JJ: Huh?

ES: I heard...I heard of Poppa Doc. They call him something else, though.
JJ: Call him "John Michael"
ES: Something like...no, I don't know that n***a.
JJ: Alright, his...his brother shot ummm shot Dewilly and them
ES: Oh, Gutta
JJ: Gutta. You know Gutta big brother?
ES: Poppa Doc. Yeah, I ain't, I ain't...I don't know Poppa Doc. I done heard of him though.
JJ: That's my, that's, that's my n***a.
ES: I might know him if I see him.
JJ: Yeah, that's my n***a. You need to link up with that n***a too. Nu, that n***a, he got that (unintelligible) jumping. Like that's who I, that's who I (unintelligble) man, he's retarded.
ES: Yeah, shit yeah.
JJ: He got that what you talking about. When you (unintelligible) he was gonna sell Black like a 7 (1/4 oz) for like $200.
ES: Uh-huh
JJ: He might want to sell them for like $160, $170 or something, Nu.
ES: Yeah
JJ: Yeah, I might have to link you up with that n***a, man.
ES: Man, fucking right, man. Cause I've been (unintelligible) that shit and shit. That shit good. I ain't gonna lie. I was trying to see if that shit...I had got some, I had got some from that bitch Black.
JJ: Alright
ES: Black bitch been playing games cause he's talking about he owed a n***a (unintelligible) that n***a ain't tripping.
JJ: Yeah
ES: (Unintelligible) that n***a Black did some jive ass shit.
JJ: That's why he probably (unintelligible), Nu.
ES: No, no, that n***a did some jive ass shit. I ain't gonna lie. I told that bitch Bull. I called that bitch Bull and told him what that bitch did but I, I, I...but you know Bull was like don't fuck with him but I ain't gonna fuck with that bitch. I fuck with that bitch but that n***a be doing jive ass shit, boy.
JJ: Yeah, yeah. That n***a he was blowing your shit up.
ES: Yeah. I was (unintelligible) because I wasn't going to fuck with him but when I seen you calling...
JJ: But I ain't call either. He made me and made me call you like "Man, please call Nu, man. Just call Nu". You know what I'm saying?
ES: Yeah, I know but I ain't...when you called me and I was like well maybe (unintelligible) fuck with that bitch.
JJ: No. Cause you know I don't be fucking around like talking about it no more. I still got the dogfood (heroin) from last time. I'll been trying to focus on my license so I ain't really been fucking with that shit. Yeah.
ES: Fucking right. Yeah yeah. That's the way though. That's the move. I ain't lying. I got to do that ASAP where I got this bread and I don't go back to fuck with these people. I got six months to not go back and fuck with these people. I got to have my shit together. I got to hit the ground running. I got to hit the ground running hard, bitch.
JJ: I'm gonna help you get your shit...
(NOTE: At approximately the 10:22 mark, the conversation switches to a discussion about obtaining a Class B driver's license. JJ said he's going to help him get his license.)

NONE

Linesheet                                                                 User:    Logan C. Collins

| Case: 245D-NO-3201981 | Target: | Line: 2254108956 | File Number: |

10:26 mark
JJ: Let me know if you want me to call Poppa Doc for you. Know what I'm saying? Just let me know.
ES: Alright. I'm gonna hit you, I'm gonna hit you and let you know.
JJ: Aight
ES: Aight
-END OF CALL-
02/23/2023 09:05:23   Transcribed by JTONEY

| | | | |
|---|---|---|---|
| Session: 8703 | Classification: Pertinent | Direction: Incoming | |
| Date: 03/21/2023 | Content: Audio | Associate DN: (225) 437-9533 | |
| Start Time: 19:29:53 CDT | Primary Language: Unknown | In/Out Digits: 2254379533 | |
| Stop Time: 19:35:20 CDT | Complete: Completed | Subscriber: | |
| Duration: 00:05:27 | Monitor ID: jmrothleutner | Participants: Jackson, Jason "Squally" | |

**Synopsis 1**

Incoming call from 225-437-9533
UM talks about a trip to New York. They talk about T_____ goin to jail. The feds on big brotha's trail. The feds on the whole gang thick. S talks about not being willing to turn himself in and that he would make police have to catch him.
03/21/2023 22:04:35   Summarized by MJLANDENWICH

---

END