NONE

Linesheet                                             User:    Briana Zuroske

| | | | |
|---|---|---|---|
| **Case:** 245D-NO-3201981 | **Target:** Robert Pennywell | **Line:** 2253710522 | **File Number:** |
| **Session:** 3748 | **Classification:** Pertinent | **Direction:** None | |
| **Date:** 05/11/2023 | **Content:** Audio | **Associate DN:** | |
| **Start Time:** 14:35:00 CDT | **Primary Language:** Unknown | **In/Out Digits:** | |
| **Stop Time:** 14:42:17 CDT | **Complete:** Unknown | **Subscriber:** | |
| **Duration:** 00:07:17 | **Monitor ID:** sharden | **Participants:** Pennywell, Robert | |

### Synopsis 1

**Continued call with ▉▉▉** (DRUGS)
14:38 - discusses an LLC that's a family business
14:40 - Tells her Jason Jackson was stopped and searched by police (Narcs), and that he almost went to jail for doing business for Pennywell. Pennywell admits Jason Jackson had "dope" on him. RP asked JJ if he thought his phone was being tapped. They believes the stop was personal. The Narc was dating his cousin, and the cousin married someone else. RP wanted to ask K (▉▉▉▉▉▉▉) for another $5,000
05/11/2023 14:44:11   Summarized by SHARDEN
05/11/2023 15:02:33   Reviewed by BZUROSKE

**U.S. Exhibit**

**7**