**CRIMINAL HISTORY**
**LACCH**
S T A T E O F L O U I S I A N A
*FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
(FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)
INVESTIGATIVE REPORT CONFIDENTIAL RECORDS
--------------------------------------------------------------------------
CRIMINAL RECORD OF: JACKSON, JASON K FBI: 816510LC5
STATE ID:      5455 BIRTH DATE:     /1985 PLACE: LA DOC:
RACE: B HEIGHT: 5' 8" HAIR: BLK DNA ON FILE:YES
SEX: M WEIGHT: 165 EYES: BRO
SSN:       174 OLS/OLN: LA 003380504 III: SSO
STATUS: PARO
--------------------------------------------------------------------------
*********
* FELON *
*********
--------------------------------------------------------------------------
A L I A S E S    SSN    OLS/OLN    ID THEFT
JACKSON, JASON K       3174 LA003380504 NO
JACKSON, JASON                              NO
JACKSON, JASON              LA              NO
JACKSON, JASON         3174                 NO
JACKSON, JASON         3174 LA              NO
JACKSON, JASON K                            NO
JACKSON, JASON K       3174                 NO
JACKSON, JASON K       3174 LA              NO Page 3 of 6

U.S. Exhibit 10

```
JACKSON, JASON K        3174 LA008380504 NO
JACKSON, JASON K        3174 LA8380504 NO
------------------------------------------------------------------------------
S U M M A R Y
DATE AGENCY TEXT
04/05/2006 BATON ROUGE, LA PD ARRESTED, ATN: 170220601062
04/19/2006 BATON ROUGE, LA PD ARRESTED, ATN: 170230601612
07/23/2007 BATON ROUGE, LA PD ARRESTED, ATN: 170230703023
07/24/2007 EAST BATON ROUGE, LA SO ARRESTED, ATN: 170030701989
06/30/2009 EAST BATON ROUGE, LA SO ARRESTED, ATN: 170020902267
06/09/2010 EAST BATON ROUGE, LA SO ARRESTED, ATN: 170021001770
06/09/2010 BATON ROUGE, LA PD ARRESTED, ATN: 170231002271
03/04/2011 EAST BATON ROUGE, LA SO ARRESTED, ATN: 170021101129
09/16/2012 BATON ROUGE, LA PD ARRESTED, ATN: 170231203278
03/21/2013 BATON ROUGE, LA PD ARRESTED, ATN: 170221300848
04/08/2015 EAST BATON ROUGE, LA SO DCID, DOC PROCESSING, ATN: 170011503098
01/04/2021 DIXON CORRECTIONAL INSTITUTE GTPS, GTPS DK#4131048/EBR SUPERVISION BEGINS
01/08/2021 LA-DOC P&P EAST BATON ROUGE, LA GTPS, ARMED ROBBERY BEG 01/08/2021 END
------------------------------------------------------------------------------
ARREST DATE: 04/05/2006 LID: 06036442
AGENCY: BATON ROUGE, LA PD (LA0170200) AFIS ATN: 170220601062
NAME: JACKSON, JASON K
CHARGE 1 COUNTS 1
R.S. 14:67(MISD) THEFT CHARGE
------------------------------------------------------------------------------
ARREST DATE: 04/19/2006 LID: 06042139
AGENCY: BATON ROUGE, LA PD (LA0170200) AFIS ATN: 170230601612
NAME: JACKSON, JASON K
CHARGE 1 COUNTS 1
R.S. 14:69.1 ILLEGAL POSSESSION OF STOLEN FIREARM
CHARGE 2 COUNTS 2
R.S. 32:104 TURNING MOVEMENTS AND REQUIRED SIGNALS
CHARGE 3 COUNTS 1
R.S. 32:52 DRIVER MUST BE LICENSED
------------------------------------------------------------------------------
ARREST DATE: 07/23/2007 LID: 07075607
AGENCY: BATON ROUGE, LA PD (LA0170200) AFIS ATN: 170230703023
NAME: JACKSON, JASON K
CHARGE 1 COUNTS 1
R.S. 14:69.1 ILLEGAL POSSESSION OF STOLEN FIREARM
DISPOSITION: 8/20/07 NO BILLED - INSUFFICIENT EVIDENCE
------------------------------------------------------------------------------
ARREST DATE: 07/24/2007 LID: 00708412
AGENCY: EAST BATON ROUGE, LA SO (LA0170000) AFIS ATN: 170030701989
NAME: JACKSON, JASON K
CHARGE 1 COUNTS 1
CCRP 202 BW:NO D/L ISSUED 32:52
CHARGE 2 COUNTS 1
CCRP 202 BW:EXP MVI 32:1304E
CHARGE 3 COUNTS 1
CCRP 202 BW:NO REG IN VEHICLE 47:506
CHARGE 4 COUNTS 1 Page 4 of 6
```

CCRP 202 BW:NO D/L ISSUED 32:52
CHARGE 5 COUNTS 1
CCRP 202 BW:TURN SIG REQ 32:104
--------------------------------------------------------------------------------
ARREST DATE: 06/30/2009 LID: 00009647
AGENCY: EAST BATON ROUGE, LA SO (LA0170000) AFIS ATN: 170020902267
NAME: JACKSON, JASON
CHARGE 1 COUNTS 1
R.S. 14:64 F ARMED ROBBERY
DISPOSITION: BILL #8-09-725 A/ROBBERY 1 CT 11-14-2011 STATE DISMISSED
CHARGE 2 COUNTS 1
CCRP 202 NO D/L IMPROPER TURN SIGNAL
CHARGE 3 COUNTS 1
CCRP 202 NO D/L EXPIRED MVI/NO REGISTRATION
CHARGE 4 COUNTS 1
CCRP 202 D/L SUSPENDED/NO SEATBELT
--------------------------------------------------------------------------------
ARREST DATE: 06/09/2010 LID: 10025503
AGENCY: EAST BATON ROUGE, LA SO (LA0170000) AFIS ATN: 170021001770
NAME: JACKSON, JASON
CHARGE 1 COUNTS 2
CCRP 202 NO DL ISSUED
CHARGE 2 COUNTS 1
CCRP 202 IMPROPER LANE USAGE
CHARGE 3 COUNTS 1
CCRP 202 DRIVING ON SUSPENSION
CHARGE 4 COUNTS 1
CCRP 202 NO SEAT BELT
CHARGE 5 COUNTS 1
CCRP 202 EXP MVI
CHARGE 6 COUNTS 1
CCRP 202 NO REG IN VEHICLE
CHARGE 7 COUNTS 2
R.S. 14:64 ARMED ROBBERY
DISPOSITION: BILL #08-09-334 BILLED 3 CTS ARMED ROBBERY 11/14/2011 STATE DISMISSED
--------------------------------------------------------------------------------
ARREST DATE: 06/09/2010 LID: 10056962
AGENCY: BATON ROUGE, LA PD (LA0170200) AFIS ATN: 170231002271
NAME: JACKSON, JASON K
CHARGE 1 COUNTS 1
CCRP 575 FUGITIVE EBRSO
--------------------------------------------------------------------------------
ARREST DATE: 03/04/2011 LID: 11038091
AGENCY: EAST BATON ROUGE, LA SO (LA0170000) AFIS ATN: 170021101129
NAME: JACKSON, JASON K
CHARGE 1 COUNTS 1
CCRP 202 B/W NO D/L ISSUED
CHARGE 2 COUNTS 1
CCRP 202 B/W EXPIRED MVI
CHARGE 3 COUNTS 1
CCRP 202 B/W NO REGISTRATION IN VEHICAL Page 5 of 6

```
-----------------------------------------------------------------------------
ARREST DATE: 09/16/2012 LID: 12098292
AGENCY: BATON ROUGE, LA PD (LA0170200) AFIS ATN: 170231203278
NAME: JACKSON, JASON K
CHARGE 1 COUNTS 1
R.S. 40:966E((1)) POSSESSION OF MARIJUANA
DISPOSITION: 4/11/13 PG TO AMD/NON-RESP ATT POSS OF MARIJUANA SENT:90 DYS PP
CFTS SUSP BAL 6 MTHS BP
-----------------------------------------------------------------------------
ARREST DATE: 03/21/2013 LID: 12129308
AGENCY: BATON ROUGE, LA PD (LA0170200) AFIS ATN: 170221300848
NAME: JACKSON, JASON K
CHARGE 1 COUNTS 1
R.S. 14:64 ARMED ROBBERY
-----------------------------------------------------------------------------
M I S C  D I S P O S I T I O N S
DATE: 04/08/2015 LID: 12041985
AGENCY: EAST BATON ROUGE, LA SO AFIS ATN: 170011503098
NAME: JACKSON, JASON
CHARGE 1 COUNTS
CASE: R.S. DCID
DISPOSITION: DOC PROCESSING
DATE: 01/04/2021 LID:
AGENCY: DIXON CORRECTIONAL INSTITUTE AFIS ATN: DXCC12100002
NAME: JACKSON, JASON
CHARGE 1 COUNTS
CASE: R.S. GTPS
DISPOSITION: GTPS DK#4131048/EBR SUPERVISION BEGINS 01/08/2021 ENDS
03/20/2023
DATE: 01/08/2021 LID:
AGENCY: LA-DOC P&P EAST BATON ROUGE, LA AFIS ATN: DCBR12100018
NAME: JACKSON, JASON
CHARGE 1 COUNTS
CASE: R.S. GTPS
DISPOSITION: ARMED ROBBERY BEG 01/08/2021 END 03/20/2023
-----------------------------------------------------------------------------
```

THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS
BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS
DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A
LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.
** END OF RAPSHEET **
**NCIC**
THIS NCIC INTERSTATE IDENTIFICATION INDEX MULTIPLE RESPONSE IS THE
RESULT OF YOUR INQUIRY ON ATN/FC2307273 LSP GUILLORY PUR/C
NAM/JACKSON,JASON SEX/M RAC/B DOB/19851204
NAME FBI UCN INQUIRY DATE
JACKSON,JASON K 816510LC5 2023/08/25
SEX RACE BIRTH DATE HEIGHT WEIGHT EYES HAIR PHOTO Page 6 of 6

```
M B 1985/     508 165 BRO BLK N
BIRTH PLACE
LOUISIANA
FINGERPRINT CLASS PATTERN CLASS
ALIAS NAMES
JACKSON,JASON X,X
SOCIAL SECURITY
     -3174
IDENTIFICATION DATA UPDATED 2022/04/28
THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
LOUISIANA - STATE ID/LA    5455
END
```