UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL** |
| **VERSUS** | **NO. 3:23-cr-00052-JWD-EWD** |
| **ROBERT PENNYWELL**<br>**MOHAMMAD SHARIFI**<br>**NICHOLAS CRITNEY**<br>**JHON BROOKS**<br>**JASON JACKSON** | **JUDGE JOHN W. DEGRAVELLES** |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING Unopposed Motion to Extend Motions Deadline:

**IT IS ORDERED** that the current motions deadline of October 21, 2024, is extended by 60 days until **Friday, December 20, 2024**.

**IT IS FURTHR ORDERED** that the zoom status conference set for 2:00 pm on October 24, 2024 is continued and reset for **9:00 am on January 9, 2025 by zoom.**

Baton Rouge, Louisiana this  21st  day of October, 2024.

**JUDGE JOHN W. DEGRAVELLES**