## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 23-52-JWD-EWD |
| VERSUS | |
| JASON JACKSON    (Defendant 5) | JUDGE JOHN W. DEGRAVELLES |

## ORDER

Considering the foregoing *Motion Requesting That the United States Marshals Service Serve the Attached Subpoena at No Cost*,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and

**IT IS FUTHER ORDERED** that the United States Marshals Service serve the attached subpoena on Samuel "Chuck" Ward at no cost to the defendant or counsel.

Baton Rouge, Louisiana, this 30th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE

USM-Certified

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:23-CR-0052-JWD-EWD |
| JASON JACKSON | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Samuel "Chuck" Ward
Ward Law
660 Saint Ferdinand Street
Baton Rouge, LA 70802

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court Middle District of LA<br>777 Florida Street<br>Baton Rouge, LA 70801 | Courtroom No.: 1 |
|---|---|
|  | Date and Time: 11/14/2024 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 10/29/2024



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Jason Jackson, who requests this subpoena, are:

Rachel I. Conner
Law Office of Rachel I. Conner
3015 Magazine Street
New Orleans, LA 70115

504-581-9083
rachel@connerdefense.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 3:23-CR-0052-JWD-EWD

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Samuel "Chuck" Ward
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                               *Server's signature*

                                               _____
                                               *Printed name and title*

                                               _____
                                               *Server's address*

Additional information regarding attempted service, etc: