UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**NOVEMBER 14, 2024**

**DISTRICT JUDGE JOHN W. deGRAVELLES**

**UNITED STATES OF AMERICA**

**VERSUS**

**JASON JACKSON (Defendant 5)**
a/k/a "Squally"

**CRIMINAL**

**NO. 23-52-JWD-EWD**

### MINUTE ENTRY OF MOTION HEARING

This matter is before District Judge John W. deGravelles for a hearing on the MOTION to Revoke Release Order of Defendant Jason Jackson (Doc. 186) filed by the United States.

Present:   William K. Morris and Robert Piedrahita
           **Counsel for the United States**

           Rachel Conner
           **Counsel for Defendant**

           Jason Jackson
           **Defendant**

The Government brings to the Court's attention that an opposition memorandum to the government's Motion to Strike Defendant's Motion and Memorandum to Reopen Detention Hearing (Doc. 184) was due no later than November 12, 2024, and as of today, no opposition has been filed by the Defendant. Counsel for Defendant stated on the record that she withdraws her request to file an opposition to the Government's Motion to Strike Defendant's Motion and Memorandum to Reopen Detention Hearing (Doc. 184).  In light of this information, **IT IS ORDERED** that the Government's Motion to Strike Defendant's Motion and Memorandum to Reopen Detention Hearing (Doc. 184) is **GRANTED**.  Within five days of today, November 14, 2024, the Defendant shall **re-file** the motion, record document 181, with the names of uncharged individuals redacted.

Since the Court was uncertain if the subpoenaed witness would have counsel for today's hearing, the Court requested that Marci Blaize appear as standby counsel for the witness, Samuel Ward.

Once Mr. Ward appeared with counsel, Ms. Blaize was informed that she was free to leave.

The Government offered the same ten exhibits for today's hearing that were offer and admitted during the detention hearing before Magistrate Judge Wilder-Doomes. In addition to the ten exhibits, the Government moves that the Court review the audio regarding of the detention hearing held before Magistrate Judge Wilder-Doomes.

In advance of today's hearing, the Court received a letter from counsel for Samuel Ward stating that while Mr. Ward fully intends to comply with his obligations to appear on November 14, 2024, he intends to invoke his 5th Amendment right, pursuant to the United States Constitution. As such, Mr. Ward does not intend to testify to any issue, nor answer any questions, germane to the prosecution or defense of Mr. Jackson. Although the Court is aware that Mr. Ward will invoke his 5th Amendment right, the witness cannot assert a blanket refusal. Therefore, the witness will have to be sworn and asked individual questions by counsel for Defendant.

**Samuel Ward** is sworn and testifies. The Court allowed his counsel to sit near him so that he could be available, if needed.

Defendant's exhibits one through eight are admitted for the purpose of today's hearing. Within 5 days of today or as soon as possible, counsel for Defendant is required to upload the Defendant's exhibits to JERS. The electronic evidence files should be provided using the specific format outlined on this Court's web page under "JWD Cases, JERS Notice for Trials".

Counsel presented arguments.

To allow the Court the opportunity to review the additional evidence admitted today, the Court takes this matter under advisement and continues today's hearing until **10:30 a.m. on Wednesday, November 20, 2024, in courtroom 1.** The United States Marshal shall produce the Defendant for this hearing. **Please note that the time of this hearing has been changed to begin at 10:30 a.m. instead of 10:00 a.m.**

The Defendant is remanded to the custody of the United States Marshal.

Signed in Baton Rouge, Louisiana, on November 15, 2024.

                                                                **JUDGE JOHN W. deGRAVELLES**
CR 34b; T: 1:30 hr                           **UNITED STATES DISTRICT COURT**
                                                             **MIDDLE DISTRICT OF LOUISIANA**
REPORTER:  Gina Delatte-Richard