UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
FEBRUARY 5, 2026
DISTRICT JUDGE JOHN W. deGRAVELLES

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 23-52-JWD-EWD |
| JASON JACKSON | |
| (DEFENDANT 5) | |

## MINUTE ENTRY OF RE-ARRAIGNMENT

This matter is before District Judge John W. deGravelles on February 5, 2026, for re-arraignment.

Present:   William Morris, April Leon
**Counsel for the United States**

Rachel Conner
**Counsel for Defendant**

Jason Jackson
**Defendant**

The Defendant is sworn and questioned by the Court. The portion of the Indictment that Jason Jackson is pleading guilty to was summarized by the United States. The factual basis for the plea is read into the record. The Defendant enters a plea of GUILTY to Count I of the Indictment. The Court accepts the guilty plea and orders a presentence investigation report. The Defendant is remanded to the custody of the United States Marshal.

Signed in Baton Rouge, Louisiana, on February 5, 2026.

CR 9; T:0:30 hr
Reporter: Gina Delatte-Richard
Courtroom 3

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**